UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
CINCINNATI, OHIO

| | |
|---|---|
| In the matter of: ) | |
| ) | |
| ISLAND CREEK COAL COMPANY,) | Sixth Circuit No.: TBD |
| ) | |
| ) | BRB No.:  2016-0556 BLA |
| Petitioner, ) | |
| ) | Case No.:  2011-BLA-6085 |
| v. ) | |
| ) | OWCP No.:   XXX-XX-6513 |
| LINDA HUNT, survivor of ) | |
| CECAL HUNT, ) | |
| ) | |
| Respondent, ) | |
| ) | |
| and ) | |
| ) | |
| DIRECTOR, OFFICE OF ) | |
| WORKERS' COMPENSATION ) | |
| PROGRAMS, ) | |
| ) | |
| Party-in-Interest. ) | |

## ISLAND CREEK COAL COMPANY'S PETITION FOR REVIEW OF ORDER OF AN AGENCY

Island Creek Coal Company, the Petitioner in the above-styled matter, requests this Court review, pursuant to the authority provided at 33 U.S.C. § 921(c), the July 26, 2017 final Order of the United States Department of Labor, Benefits Review Board affirming the award of black lung benefits pursuant to the provisions of 30 U.S.C. § 901, *et seq.*

In support of the petition for review, the Petitioner states:

1.    That the name and address of the Petitioner is:

Island Creek Coal Company
c/o HealthSmart Casualty Claims Solutions
P.O. Box 3389
Charleston, WV 25333-3389

2.    That the name and address of counsel for Petitioner is:

William S. Mattingly
Jackson Kelly PLLC
175 East Main St., Ste. 500
P.O. Box 2150
Lexington, KY 40588-2150

3.    The name and address of the Respondent is:

Linda Hunt
P.O. Box 915
Pikeville, KY 41502-0915

4.    The name and address of counsel for respondent is:

Dennis James Keenan
79 Mall Road, Suite C
South Williamson, KY 41503-4079

5.    The name and address for counsel for the other parties is:

Maia Fisher
U. S. Department of Labor
Office of the Solicitor
Frances Perkins Building, Room N-2117
200 Constitution Avenue, N.W.
Washington, DC  20210

6.  That on July 26, 2017, the Benefits Review Board issued a decision and order under Title IV of the Federal Coal Mine Health and Safety Act of 1969, as amended, 30 U.S.C. § 901 *et seq.*;

7.  That the July 26, 2017 decision and order of the Benefits Review Board is irrational, not supported by substantial evidence in the record considered as a whole, and contrary to applicable law;

8.  That review is sought in this Court pursuant to § 21(c) of the Longshore and Harbor Workers' Compensation Act, as amended, 33 U.S.C. § 921(c), incorporated by §§ 415(a)(5) and 422(a) of the Federal Mine Safety and Health Act, as amended, 30 U.S.C. §§ 925(a)(5) and 932(a); and

9.  That the address of the Benefits Review Board, which although not a party, must be served with a copy of the petition for review pursuant to 33 U.S.C. § 921(c), is:

> Benefits Review Board
> ATTN: Clerk of the Board
> P.O. Box 37601
> Washington, D.C.  20013-7601

For the foregoing reasons, Island Creek Coal Company appeals from the decision and order entered in this federal black lung claim and asks that a briefing schedule be established.

Respectfully submitted,

**Island Creek Coal Company,**

By Counsel,

<u>/s/William S. Mattingly</u>
William S. Mattingly
Kentucky State Bar No. 96067
Ohio State Bar No. 0029476
West Virginia State Bar No. 004699
Pennsylvania State Bar No. 68577
Jackson Kelly PLLC
175 East Main Street, Suite 500
Lexington, KY 40507
(859) 288-2811

## CERTIFICATE OF SERVICE

I, William S. Mattingly, do hereby certify that I served **Island Creek Coal Company's Petition for Review of Order of an Agency** upon the following, by Pacer mailing a copy thereof to each by United States Postal Service or by other indicated express delivery service, postage prepaid, this 20th day of September, 2017.

**_Electronic:_**  Deborah S. Hunt, Clerk
U.S. Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 E. Fifth Street

**_Regular and_**  Dennis James Keenan
**_Electronic:_**  Hinkle & Keenan, PSC
79 Mall Road, Suite C
South Williamson, KY 41503-4079
_dennisjkeenan@msn.com_

Maia S. Fisher
U. S. Department of Labor
Office of the Solicitor
Frances Perkins Building, Room N-2117
200 Constitution Avenue, N.W.
Washington, DC 20210
_Fisher.Maia@dol.gov_ and _blls-sol@dol.gov_

Thomas O. Shepherd, Jr.
Benefits Review Board
ATTN: Clerk of the Board
P.O. Box 37601
Washington, D.C. 20013-7601
_shepherd.thomas@dol.gov_

/s/William S. Mattingly
William S. Mattingly

4828-0929-7744.v1-9/18/17