**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 20, 2017

Ms. Maia Simone Fisher
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W.
Suite N-2119
Washington, DC 20210

Mr. Dennis James Keenan, III
Law Office
79 Mall Road
Suite C
South Williamson, KY 41503

Mr. William S. Mattingly
Jackson Kelly
175 E. Main Street
Suite 500
Lexington, KY 40507

Mr. Gary K. Stearman
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W.
N2119
Washington, DC 20210

Re: Case No. 17-3994, *Island Creek Coal Company v. Linda Hill, et al*
Originating Case No. : 16-0556

Dear Counsel:

   This case has been docketed as number **17-3994** with the caption that is enclosed on a separate page.  Please check the caption for accuracy and notify the Clerk's Office if any corrections should be made.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

The following forms should be downloaded from the web site and filed with the Clerk's Office by **October 4, 2017**.  If payment did not accompany the petition for review, the $500 filing fee should also be paid by this date.

|            |                                                                |
|------------|----------------------------------------------------------------|
| Petitioner: | Appearance of Counsel |
|            | Disclosure of Corporate Affiliations |
|            | Application for Admission to 6th Circuit Bar (if applicable) |
| Respondent: | Appearance of Counsel |

More specific instructions are printed on each form.  These deadlines are important - if the initial forms are not timely filed and necessary fees paid, the case will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's Office for assistance.

> Sincerely yours,
>
> s/Karen S. Fultz
> Case Manager
> Direct Dial No. 513-564-7036

cc:  Mr. Thomas O. Shepherd Jr.

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 17-3994

ISLAND CREEK COAL COMPANY

       Petitioner

v.

LINDA HILL, survivor of Cecil Hunt; DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS; U.S. DEPARTMENT OF LABOR

       Respondents